UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS SUASTEGUI, | ) | NO. CV 10-2180-SVW(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| JOHN MARSHALL, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2  this Order and the Judgment of this date on the Plaintiff.

4  DATED: _____November 10_____, 2010.

   _____
   STEPHEN V. WILSON
   UNITED STATES DISTRICT JUDGE