UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS SUASTEGUI, | ) | NO. CV 10-2180-SVW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: ___November 10___, 2010.

/s/ Stephen V. Wilson
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE